IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

CARLASIA MCGILVERY                         PLAINTIFF

VS.                                   CIVIL ACTION NO. 2020-095 H

T.L.T. TIMBER, INC.; HUGH
MOORER; AND JOHN DOES 1                      DEFENDANTS
THROUGH 10

*FILED DEC 14 2020 — CHRISTY HAVARD, CIRCUIT CLERK, DEPUTY CLERK, PERRY COUNTY, MISSISSIPPI*

## COMPLAINT
### (JURY TRIAL REQUESTED)

COMES NOW Carlasia McGilvery (hereafter "Ms. McGilvery"), the Plaintiff, by and through her attorney(s) of record, and files this Complaint as follows:

### PARTIES

1.     Ms. McGilvery is an adult resident citizen of Perry County, Mississippi, and presently resides at 563 Solomon Loop; Beaumont, Mississippi 39423.

2.     Defendant, T.L.T. Timber, Inc., is a foreign corporation organized under the laws of the State of Alabama with its principal place of business in McIntosh, Alabama, that is doing business in the State of Mississippi and that may be served with the process of this Court through its registered agent, Latoria Rivers McVay, located at 154 Elliot Rivers Road; McIntosh, Alabama 36553.

3.     Defendant, Hugh Moorer, is an adult resident citizen of Mobile County, Alabama, and may be served with the process of this Court at his residential address of 19060 South Center Street; Cintronelle, Alabama 36522; or wherever he can be found. At all times relevant to this matter, Defendant, Hugh Moorer, was acting in the course and scope of his employment with Defendant, T.L.T. Timber, Inc. Alternatively, at all times relevant to this matter, Defendant, Hugh

**EXHIBIT A**

Moorer, was acting as the agent of Defendant, T.L.T. Timber, Inc. Accordingly, Defendant, T.L.T. Timber, Inc.,, is vicariously liable for the negligence of Defendant, Hugh Moorer, in this matter.

4. Defendants, John Does 1 through 10, are the owners, operators, managers, and all other entities, corporate or individuals, of the vehicle that was being operated by Defendant, Hugh Moorer, at the time of the complained of incident and who were in some manner negligently and proximately responsible for the events and happenings alleged in this Complaint and for Ms. McGilvery's injuries and damages.

## JURISDICTION AND VENUE

5. This Court has jurisdiction of the parties and the subject matter of this action. Venue is proper before the Circuit Court of Perry County, Mississippi, as this civil action arises out of negligent acts and omissions committed in Perry County, Mississippi, and the cause of action occurred and accrued in Perry County, Mississippi.

## FACTS

6. Ms. McGilvery adopts and herein incorporates by reference each and every allegation as set forth above.

7. On or about November 26, 2019, Ms. McGilvery was driving a vehicle west in a lawful and prudent manner on United States Highway 98 in Perry County, Mississippi.

8. At the same time that Ms. McGilvery was driving her vehicle west in a lawful and prudent manner on United States Highway 98 in Perry County, Mississippi, Defendant, Hugh Moorer, was driving a south on United States Highway 98 in Perry County, Mississippi, in the course and scope of his employment or as the agent of Defendant, T.L.T. Timber, Inc.

9. Defendant, Hugh Moorer, recklessly, carelessly, and negligently caused a collision to take place between his vehicle and Ms. McGilvery's vehicle.

EXHIBIT A

10. The collision was caused by the recklessness, carelessness, and negligence of Defendant, Hugh Moorer, for that among other acts, Defendant, Hugh Moorer:

(A) Operated his vehicle at a high, dangerous and excessive rate of speed under the circumstances then and there existing on United States Highway 98 in Perry County, Mississippi;

(B) Failed to reduce his speed to avoid a collision on United States Highway 98 in Perry County, Mississippi;

(C) Failed to observe due care and precaution and to maintain proper and adequate control of his motor vehicle while driving it on United States Highway 98 in Perry County, Mississippi;

(D) Failed to keep a proper lookout for other vehicles lawfully on United States Highway 98 in Perry County, Mississippi;

(E) Failed to exercise reasonable care in the operation of the motor vehicle he was operating under the circumstances then and there existing on United States Highway 98 in Perry County, Mississippi;

(F) Failed to yield the right-of-way to Ms. McGilvery while driving his vehicle on United States Highway 98 in Perry County, Mississippi;

(G) Committed other acts of negligence that will be proven at the trial of this cause.

11. Defendant, T.L.T. Timber, Inc., is vicariously liable for the actions of Defendant, Hugh Moorer, as alleged in this Complaint.

12. As a direct and proximate result of the negligence of the Defendants, T.L.T. Timber, Inc., and Hugh Moorer, as set forth above, Ms. McGilvery sustained damages including but not limited to serious physical injuries; past, present, and future pain and suffering; past, present and future medical expenses; lost wages; loss of wage earning capacity (loss of future wages); and other damages that will be proven at the trial of this matter.

**EXHIBIT A**

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED**, Ms. McGilvery requests a trial by jury and demands judgment for damages including but not being limited to actual, compensatory, consequential, and incidental damages, for physical injuries; past, present and future pain and suffering, past, present and future medical expenses, lost wages; loss of wage earning capacity (loss of future wages); and any other special damages that may be incurred by her, together with attorneys' fees, costs of suit and any further relief as the court may deem proper.

Respectfully submitted this the _____ day of November, 2020.

CARLASIA MCGILVERY

By: _____
GERALD L. KUCIA (MSB #8716)

Gerald L. Kucia, Esq. (MSB# 8716)
MORGAN & MORGAN, PLLC
4450 Old Canton Road
Suite 200
Jackson, Mississippi 39211
Telephone: (601) 949-3388
Facsimile: (601) 949-3399
E-mail: Gkucia@forthepeople.com

**EXHIBIT A**